# IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF PENSYLVANIA

SEAN TOMANY, Individually and as : 
Administrator of the Estate of PATRICK : 
TOMANY, deceased, :     CIVIL ACTION
            Plaintiff : 
    : 
   v. :     NO. 4:23-CV-01074 - MWB
    : 
BROOKE KOCH, PA-C, RODERICK : 
CROSS, M.D., MOUNT NITTANY :     JUDGE MATTHEW BRANN
MEDICAL CENTER, MOUNT : 
NITTANY MEDICAL CENTER : 
HEALTH SERVICES, INC., MOUNT :     Complaint filed June 27, 2023
NITTANY HEALTH SYSTEM, d/b/a : 
and or a/k/a MOUNT NITTANY : 
HEALTH, and CENTRE EMERGENCY : 
MEDICAL ASSOCIATES, P.C., :     JURY TRIAL DEMANDED
            Defendants : 

## STIPULATION OF COUNSEL

The parties to this action, by and through their respective counsel, hereby stipulate that:

1.  Jodi Tomany is the mother of plaintiff's decedent, Patrick Tomany, and wife of plaintiff Sean Tomany.

2.  Jodi Tomany is represented in the case by counsel for plaintiff, Braden R. Lepisto, Esquire.

3.  As a statutory beneficiary, Jodi Tomany is making a claim in this case for damages under the Pennsylvania Wrongful Death Act.  See 42 Pa.C.S. §8301.

4.  On March 21, 2024, Jodi Tomany signed an authorization for

OneVoice Therapy, LLC and Anne Haubert, LMFT, to produce to counsel for defendants full and complete copies of any and all records, including but not limited to any medical, psychological, psychiatric, therapy, counseling, and/or mental health treatment/evaluation records.  See Exhibit A.

5.	OneVoice Therapy, LLC and Anne Haubert, LMFT, have refused to produce any records of Jodi Tomany absent an Order of Court.

6.	The requested counseling/mental health treatment records are discoverable in this case.

7.	Counsel for the parties and Jodi Tomany hereby agree and respectfully request that the Court enter an Order proposed herewith directing OneVoice Therapy, LLC and/or Anne Haubert, LMFT, to produce to counsel for defendants full and complete copies of any and all records of Jodi Tomany, including but not limited to any medical, psychological, psychiatric, therapy, counseling, and/or mental health treatment/evaluation records, and including all records described in the authorization signed by Mrs. Tomany, within 10 days.

Respectfully submitted,

KLINE & SPECTER, P.C.

By /s/ Braden R. Lepisto
        Braden R. Lepisto, Esquire
        Attorney for Plaintiff and
        Jodi Tomany

Date: May 16, 2024

McCORMICK LAW FIRM

By /s/ Brian J. Bluth
        Brian J. Bluth, Esquire
        Attorney for Defendants

Date: May 16, 2024

## CERTIFICATE OF SERVICE

I, BRIAN J. BLUTH, hereby certify that the attached *Stipulation of Counsel,* was electronically filed with the Court, and served on all counsel, pursuant to the Federal Rules of Civil Procedure, this 16th day of May 2024.

McCORMICK LAW FIRM

By: /s/ Brian J. Bluth
  Brian J. Bluth
  PA 87432
  Stephen C. Hartley
  PA 331271
  Attorneys for Defendants Brooke
  Koch, PA-C, Roderick Cross,
  M.D., Mount Nittany Medical
  Center, Mount Nittany Medical
  Center Health Services, Inc.,
  Mount Nittany Health System,
  d/b/a and or a/k/a Mount Nittany
  Health, Centre Emergency
  Medical Associates, P.C.

  835 West Fourth Street
  Williamsport, PA 17701
  (570) 326-5131
  (570) 601-0768 (fax)
  bbluth@mcclaw.com
  shartley@mcclaw.com