Exhibit A

# HIPAA-COMPLIANT AUTHORIZATION FOR THE RELEASE OF CONFIDENTIAL MEDICAL INFORMATION

**Patient Name:** Jodi Tomany
**Address:** ▇▇▇▇▇▇▇▇
**Address:** ▇▇▇▇▇▇▇▇
**Birthdate:** ▇▇▇▇
**Medical Record No.:** _____

OneVoice Therapy, LLC
Anne Haubert, LMFT
**TO:** 313 New London Turnpike, 2nd floor
Glastonbury, CT 06033

I authorize an appropriate workforce member of the above entity(ies) to release information from my medical record to:
Center City Legal & Reporting, Inc.                    _____
                                                        (Telephone Number)

_____
(Address of receiving party)

for the **purpose of:** ☐ continuation of medical treatment ☐ **payment of bill** ☐ **Worker's Compensation** ☐ education ☒ **legal purposes** ☐ **insurance purposes** ☐ at the request of the patient or the patient's legal representative for personal access or other (specify): _____
The information to be released will cover the time period from _____ to _____
**SPECIFIC INFORMATION TO RELEASE:**
☐ Discharge Summary ☐ History & Physical ☐ Consultation Report(s) ☐ Operation Report(s)
☐ Catheterization Report ☐ Clinic Notes ☐ Emergency Room Notes ☐ Laboratory Reports
☐ Pathology Reports ☐ X-ray Reports ☐ X-ray Films ☐ Itemized Bills
☒ Other (specify) See Attached Explanation
☐ Other (specify)

I understand that in order to process this request for the reproduction of medical record information on a timely basis, the above entity(ies) may utilize a contracted medical record copy service, and I further authorize the release of my medical record information to such record service for this purpose. I understand that this authorization is revocable by me, in writing, at any time, except to the extent that action has been taken in reliance on it. I will contact the above entity(ies) immediately if I wish to revoke this authorization. As described in the Notice of Privacy Practices for the above entity(ies), I may request such Notice of Privacy Practices for my ease of reference. I also understand that <u>this consent will expire six months after the date of signature or automatically when the records requested on this authorization have been released.</u> I understand that the information released may be re-released by the recipient and may no longer be protected by HIPAA (Federal regulations). The above entity(ies) may not condition my treatment or payment for my treatment on obtaining this authorization from me, unless this authorization is requested (i) to provide research-related treatment to me, or (ii) because the health care being provided to me is solely for the purpose of creating protected health information for disclosure to a third party.

## SPECIAL AUTHORIZATION (If applicable)

If you are authorizing the above entity(ies) to release information related to the testing, diagnosis and/or treatment for any of the following conditions, please <u>sign your initials in front of the section</u> which describes the type of information to be released.
_____ My evaluation, testing, diagnosis or treatment for alcoholism and/or drug abuse or dependence may be released to (Initials) the recipient noted on the signed authorization.
_JT_ My evaluation, testing, diagnosis or treatment concerning my mental health/rehabilitation and/or neuro-psychological (Initials) information may be released to the recipient noted on the signed authorization.
_____ My testing, diagnosis or treatment for HIV/AIDS may be released to the recipient noted on this signed authorization.
(Initials)

## AUTHORIZATION SIGNATURES

NOTE: IF PATIENT IS UNDER 14 YEARS OF AGE AND IS NOT AN EMANCIPATED MINOR THE PARENT OR GUARDIAN MUST SIGN.
**Date:** 03/21/2024 **Patient Signature:** _Jodi Tomay_
**Date:** _____ **Witness Signature:** _____

If patient is unable to sign authorization form because of physical condition or age, complete the following:
Patient is a minor or patient is unable to sign authorization because: _____
Date: _____ Signature: _____ Relationship: _____
                          (Parent/legal or personal representative)
Date: _____ Witness Signature: _____

OneVoice Therapy, LLC
Anne Haubert, LMFT
313 New London Turnpike, 2nd floor
Glastonbury, CT 06033

## EXPLANATION OF RECORDS

Pursuant to this Authorization, please produce any and all records of Jodi Tomany, from 08/30/2016, up to and including the present, to include but not be limited to, any and all medical, psychological, psychiatric, therapy, counseling and/or mental health treatment/ evaluation records in your possession relative to any care and treatment of whatsoever sort rendered to the below individual. This request includes but is not limited to any and all inpatient and/or outpatient medical, psychological, psychiatric, therapy, and counseling records, office notes, diagnostic testing assessments, laboratory studies, consultations, assessments, evaluations, plans, referrals, prognoses, reports, as well as any correspondence which relates in any way whatsoever to the medical, psychological, psychiatric and/or mental health condition of the individual identified below. This request includes your records and any and all records in your possession from any other service(s).

Name:      Jodi Tomany

Address:   ███████████

DOB:       ████████